1  BARRY J. PORTMAN
   Federal Public Defender
2  JAY RORTY
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant MARTINES-RAMIRES

*IT IS SO ORDERED / Judge James Ware*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-00607 JW |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING |
| vs. | ) | |
| SERGIO MARTINES-RAMIRES, | ) | |
| Defendant. | ) | |

**STIPULATION**

Defendant Sergio Martines-Ramires and the government, by and through counsel, hereby stipulate and agree that the status hearing in the above-captioned case, currently scheduled for May 1, 2006 at 1:30 p.m., may be continued to June 19, 2006 at 1:30 p.m.  The reason for the requested continuance is to allow the completion of the Pre Sentence report and allow counsel to file Sentencing Memoranda.  U.S. Probation Officer Ben Flores has been notified and has no objections to the continuance.

Stipulation and [Proposed] Order                    1

1  SO STIPULATED.

2  Dated: April 27, 2006

3  _____/ S/_____
   JAY RORTY
   Assistant Federal Public Defender

4

5  Dated: April 27, 2006

6  _____/ S/_____
   SHAWNA YEN
   Assistant United States Attorney

7

8

9                       [PROPOSED] ORDER

10     Good cause appearing and by stipulation of the parties,

11     IT IS HEREBY ORDERED that the sentencing hearing currently set for May 1, 2006 at

12  1:30 p.m. shall be continued to June 19, 2006 at 1:30 p.m.

13

14  Dated: May 3, 2006

15

16  _____
    JAMES WARE
    United States District Judge

17

18

19

20

21

22

23

24

25

26

1  Distribute to:

2  Jay Rorty
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA 95113
4  Counsel for Defendant

5  Shawna Yen
   Assistant United States Attorney
6  150 Almaden Blvd., Suite 900
   San Jose, CA 95113
7  Counsel for the United States

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Stipulation and [Proposed] Order                3